1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10
11  GLENN DANIEL GALLOT,             Case No. 19-01366 BLF (PR)
            Plaintiff,
12                                   **ORDER OF DISMISSAL**
            v.
13
    CA ATTORNEY GENERAL OFFICE, et
14  al.,
15          Defendants.
16
17
18      On February 28, 2019, Plaintiff, proceeding *pro se*, filed a letter attempting to
19  initiate a civil rights action pursuant to 42 U.S.C. § 1983. (Docket No. 1.) On March 14,
20  2019, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the
21  proper form within twenty-eight days or the action would be dismissed. (Docket No. 2.)
22  A blank complaint form and postage-paid return envelope were enclosed with the notice.
23  (*Id.*) The Clerk also sent a separate notice informing Plaintiff that he needed to either pay
24  the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to
25  avoid dismissal. (Docket No. 3.)
26      After Plaintiff filed an IFP motion that was insufficient because he failed to sign the
27  application and provide the necessary supporting documents, (Docket No. 8), the Court
28

*sua sponte*, in the interest of justice, granted an extension of time for Plaintiff to file a signed IFP application along with supporting documents. (Docket No. 19.) Plaintiff was advised that failure to file the required documents in the time provided would result in this action being dismissed without prejudice and without further notice to Plaintiff. (*Id.* at 2.) The court order was filed on September 4, 2019, and Plaintiff's response was due no later than twenty-eight (28) days from that date, i.e., by October 2, 2019. (*Id.*) That deadline has passed, and Plaintiff has failed to comply. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions, (Docket No. 8), and close the file.

**IT IS SO ORDERED.**

Dated: October 15, 2019

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.19\01366Gallot_dis-ifp-compl.

2