# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DANIEL GALLOT, <br> Plaintiff, <br> v. <br> CA ATTORNEY GENERAL OFFICE, et al., <br> Defendants. | Case No. 19-01366 BLF (PR) <br> **JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 15, 2019

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgement
P:\PRO-SE\BLF\CR.19\01366Gallot_jud.docx